## UNITED STATES DISTRICT COURT
### District of Maine

| | |
|---|---|
| **CAITLIN SNOW,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | )   No. 1:15-cv-145-GZS |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of Social Security,** | ) |
| | ) |
| **Defendant** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on December 31, 2015, his Recommended Decision (ECF No. 20). Plaintiff filed her Objection to the Recommended Decision (ECF No. 21) on January 18, 2016. Defendant filed a Response to Plaintiff's Objection (ECF No. 22) on February 2, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Commissioner's decision is **AFFIRMED**.

                                                    /s/ George Z. Singal
                                                    United States District Judge

Dated this 11th day of February, 2016.